THE STATE OF OHIO, APPELLANT, *v.* DURHAM, APPELLEE.

[Cite as *State v. Durham,* 108 Ohio St.3d 543, 2006-Ohio-1714.]

(No. 2005–0428—Submitted February 21, 2006—Decided April 19, 2006.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Carol M. Skutnik, Assistant Prosecuting Attorney, for appellant.

Jones Day, Michael R. Gladman, and John C. Camillus, for appellee.